UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVEL MOYSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMBASSADOR THEATRE GROUP NORTH AMERICA LLC,<br><br>Defendant. | Case No. 1:24-cv-08174-KAM-CLP<br><br>Honorable Judge Kiyo A. Matsumoto<br><br>So Ordered:<br><br>_____<br>KIYO A. MATSUMOTO<br>United States District Judge<br>Eastern District of New York<br>June 9, 2025 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Yvel Moyse voluntarily dismisses his claim in this action without prejudice against Defendant.

Dated: June 9, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Alec M. Leslie*

Alec M. Leslie
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: aleslie@bursor.com

*Attorney for Plaintiff*

1